**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

CORY WAGNER,

                                Plaintiffs,

    v.                                             1:19-CV-0004 (DNH/CFH)

ALEX HYRA, et al.

                                Defendants.

---

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Office of Brian W. Devane<br>125 Adams Street<br>Delmar, New York<br>Attorneys for plaintiff | BRIAN W. DEVANE, ESQ. |
| Office of Lee Greenstein<br>125 Adams Street<br>Delmar, New York<br>Attorneys for plaintiff | LEE D. GREENSTEIN, ESQ. |
| New York State Attorney General<br>The Capitol<br>Albany, New York 12224<br>Attorneys for defendant | RYAN W. HICKEY, ESQ. |

**CHRISTIAN F. HUMMEL**
**UNITED STATES MAGISTRATE JUDGE**

# ORDER

On March 1, 2022, defendants filed a letter seeking permission to submit defendants' disciplinary records for <u>in camera</u> review. <u>See</u> Dkt. No. 39. The Court issued a text order directing hat the personnel files be delivered to the Court by March 11, 2022. Dkt. N. 40. The files were delivered to the Court.

The Court has conducted an in camera review of the personnel files of defendants Hyra and Judge. Based on the Court's review, it is hereby **ORDERED**, that:

(1) Plaintiff's request for defendant Hyra's personnel file is **DENIED** as nothing in that file is the proper subject of discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure;

(2) Plaintiff's request for defendant Judge's personnel file is **GRANTED in part** insofar as defendants shall provide copies of Bates-stamped pages "Judge 90-233" to plaintiff's counsel by March 30, 2022. Plaintiff's request for the balance of defendant's personnel file is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 17, 2022
Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge